UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------x

KENNETT INTERNATIONAL CORPORATION,   CIVIL ACTION
                                     Docket No. 00-4434
        Plaintiff,

    - v -

TCI TRANS COMMODITIES AG
and TRANS COMMODITIES, INC.,

        Defendants.

-----------------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT TRANS COMMODITIES, INC.

Upon the annexed Declaration of Semyon Kislin, dated January 29, 2010, and the exhibit attached thereto, together with the accompany memorandum of law, dated January 29, 2010, defendant Trans Commodities, Inc. respectfully move this Court for summary judgment, pursuant to FRCP Rule 56(c), with regard to the Claims set forth in the Amended Counterclaim, dated October 27, 2000.

Dated this 29th day of January, 2010.

        Respectfully submitted,

        **KESTENBAUM, DANNENBERG & KLEIN, LLP**

        By: _s/Jeffrey C. Dannenberg_
        Jeffrey C. Dannenberg (NY Bar No. 1894211)
        By admission *pro hac vice*
        104 West 40th Street (20th Floor)
        New York, NY 10018
        (212) 486-3370 (phone)/(212) 486-3371 (facsimile)
        Email: jdannenberg@kdklaw.com

**BEGLEY, CARLIN & MANDIO**
Of Counsel: James A. Downey, III, Esq.
Attorney I.D. #17533
680 Middletown Boulevard
P.O. Box 308
Langhorne, PA 19047
(215) 750-0110 (phone)/(215) 750-0954 (facsimile)
Email: jdowney@begleycarlin.com

*Attorneys for Defendant Trans Commodities, Inc.*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------x

KENNETT INTERNATIONAL CORPORATION,   CIVIL ACTION
                                     Docket No. 00-4434
           Plaintiff,

      - v -

TCI TRANS COMMODITIES AG
and TRANS COMMODITIES, INC.,

           Defendants.

------------------------------------------------------------x

## ORDER

**AND NOW**, this _____ day of _____, 2010, upon consideration of the motion by defendant Trans Commodities, Inc., and any responses thereto, it is hereby ORDERED and DECREED that said defendant's motion is granted, and that plaintiff's Amended Complaint is dismissed as against said defendant, with prejudice.

BY THE COURT:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I CERTIFY that on January 29, 2010, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system. I also certify that this document is being served this day upon all counsel of record or pro se parties identified below in the manner specified, either by transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Jeffrey C. Dannenberg*
Jeffrey C. Dannenberg

*Via Notice of Electronic Filing*

Scott D. Patterson, Esq.
spatterson@saul.com
SAUL EWING LLP
*Attorneys for Plaintiff*
1200 Liberty Ridge (Suite 200)
Wayne, PA 19087-5055
(610) 251-5050
(610) 408-4407 (facsimile)