IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MACREADY, et al.          :          CIVIL ACTION
                                  :
          v.                      :
                                  :
TCI TRANS COMMODITIES,            :
A.G., et al.                      :          NO. 00-4434


ORDER


AND NOW, this 11th day of October, 2011, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 71), the opposition and reply thereto (Docket Nos. 79 and 81), supplemental memorandum filed by both parties (Docket Nos. 87 and 89), and following oral argument held on September 21, 2011, IT IS HEREBY ORDERED, that the motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff.  This case is closed.


                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.